

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00227-CV

| | | |
|---|---|---|
| LON SMITH & ASSOCIATES, INC., AND A-1 SYSTEMS, INC. D/B/A LON SMITH ROOFING AND CONSTRUCTION, Appellants | § | On Appeal from the 236th District Court |
| | § | of Tarrant County (236-267881-13) |
| V. | § | April 14, 2022 |
| JOE KEY AND STACCI KEY, Appellees | § | Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the part of the trial court's judgment denying arbitration as to the class and individual claims. We affirm those portions of the trial court's order denying Appellants Lon Smith & Associates, Inc., and A-1 Systems, Inc. d/b/a Lon Smith Roofing and Construction's ("Smith") Motion to Compel Arbitration as to the Appellees Joe Key's and Stacci Key's individual claims and denying Smith's Motion to

Compel Arbitration as to the class members. We dismiss for want of jurisdiction the portion of Smith's interlocutory appeal regarding the trial court's order denying Smith's Motion to Amend Class Certification. We order the case remanded to the trial court for further proceedings not inconsistent with this opinion.

It is further ordered that Appellants Lon Smith & Associates, Inc., and A-1 Systems, Inc. d/b/a Lon Smith Roofing and Construction shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Mike Wallach_____
    Justice Mike Wallach